1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## SOUTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,

Case No.: 21-CR-1789-WQH

11 |       Plaintiff,

**JUDGMENT and ORDER GRANTING UNITED STATES MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE**

12 |   v.

13

14 | FRANCISCO JAVIER
HERNANDEZ-GAMEZ,

15

16 |       Defendant.

17

18      The United States having moved to dismiss the Complaint in this case without

19 prejudice, and good cause appearing, the Court hereby GRANTS the United States' motion

20 to dismiss, and the Complaint (ECF No. 17) is DISMISSED WITHOUT PREJUDICE.

21      IT IS SO ORDERED.

22

23

24 Dated: July 1, 2021

25                        Hon. William Q. Hayes

                        United States District Court

26

27

28